**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranalllilawyers.com
Attorneys for Defendant,
*WALGREEN CO.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY AYERS, | ) |
| Plaintiff, | ) Case No: <br> ) 2:20-cv-02142-KJD-DJA |
| vs. | ) |
| WALGREEN CO. d/b/a WALGREENS; DOES I through X; and ROE CORPORATIONS I through XX, inclusive, | ) **STIPULATION AND ORDER** <br> ) **TO REMAND CASE TO STATE** <br> ) **COURT** |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, JEREMY AYERS, and Defendant, WALGREEN CO., by and through their undersigned counsel that Plaintiff's claims in this action be remanded to the Clark County District Court of Nevada, Case No.: A-20-822987-C, as Plaintiff concedes that the matter in controversy does not exceed the sum of $75,000, exclusive of

/ / /

1

interest and costs, pursuant to 28 U.S.C. § 1332, and, thus, this Court lacks jurisdiction of this matter.

Dated this 10th day of December, 2020

Dated this 10th day of December, 2020

| **BENSON & BINGHAM** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
|---|---|
| */s/ Danielle J. Richardson* | */s/ Vicki Driscoll* |
| _____ | _____ |
| **DANIELLE J. RICHARDSON, ESQ.** | **GEORGE M. RANALLI, ESQ.** |
| Nevada Bar No. 14752 | Nevada Bar No.  5748 |
| 11441 Allerton Park Drive, Ste. 100 | **JASON ANDREW FOWLER, ESQ.** |
| Las Vegas, Nevada 89135 | Nevada Bar No. 8071 |
| Attorney for Plaintiff | **VICKI DRISCOLL, ESQ.** |
|  | Nevada Bar No.  3939 |
|  | **JAMES F. HOLTZ, ESQ.** |
|  | Nevada Bar No. 8119 |
|  | Attorneys for Defendant, WALGREEN CO. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

**ORDER**

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED that:**

1. This Court lacks jurisdiction of this matter as Plaintiff concedes that the matter in controversy does not exceed the sum of $75,000, exclusive of interest and costs, pursuant to 28 U.S.C. § 1332; and

2. Plaintiff's claims in this action are remanded to the Clark County District Court of Nevada, Case No.: A-20-822987-C.

DATED this \_\_\_\_ day of _____, 2020.

_____
**U.S. DISTRICT COURT JUDGE**

Respectfully submitted by:
**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ Vicki Driscoll*
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.  5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**VICKI DRISCOLL, ESQ.**
Nevada Bar No.  3939
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
Attorneys for Defendant,
WALGREEN CO.

# Vicki Perez

| | |
|---|---|
| **From:** | Danielle Richardson <danielle@bensonbingham.com> |
| **Sent:** | Thursday, December 10, 2020 8:15 AM |
| **To:** | Amy Sulanke; Vicki Driscoll |
| **Subject:** | Re: Walgreen Co. adv. Ayers - Authority for Esignature on Stipulations |

You do, yes.

Thank you.

On Thu, Dec 10, 2020 at 7:18 AM Vicki Driscoll <vdriscoll@ranallilawyers.com> wrote:

> Danielle,
>
> Do I have authority to affix your esignature to the attached Stipulation and Order to Remand Case to State Court, and Stipulation and Order to Exempt for Arbitration and Limit Plaintiff's Damages?
>
> I will first submit the Federal stipulation. Upon receipt of the Order, we will do a Notice of Entry in State Court, and then submit the other Stipulation to state court.
>
> **Vicki Driscoll, Esq.**
>
> Attorney
>
> **Ranalli Zaniel Fowler & Moran, LLC**
>
> 2400 W. Horizon Ridge Pkwy.
>
> Henderson, Nevada 89052
>
> 702.522.2186 – Direct Line
>
> 702.477.7774 – Office Phone
>
> 702.477.7778 – Fax
>
> 

1