**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.  5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**VICKI DRISCOLL, ESQ.**
Nevada Bar No.  3939
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranalllilawyers.com
Attorneys for Defendant,
*WALGREEN CO.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY AYERS, | ) |
| | ) Case No: |
| Plaintiff, | ) 2:20-cv-02142-KJD-DJA |
| | ) |
| vs. | ) |
| | ) **STIPULATION AND ORDER** |
| WALGREEN CO. d/b/a  WALGREENS; | ) **TO REMAND CASE TO STATE** |
| DOES I through X; and ROE | ) **COURT** |
| CORPORATIONS I through XX, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, JEREMY AYERS, and Defendant, WALGREEN CO., by and through their undersigned counsel that Plaintiff's claims in this action be remanded to the Clark County District Court of Nevada, Case No.: A-20-822987-C, as Plaintiff concedes that the matter in controversy does not exceed the sum of $75,000, exclusive of

/ / /

interest and costs, pursuant to 28 U.S.C. § 1332, and, thus, this Court lacks jurisdiction of this matter.

Dated this 10th day of December, 2020

Dated this 10th day of December, 2020

| **BENSON & BINGHAM**<br><br>*/s/ Danielle J. Richardson*<br><br>_____<br>**DANIELLE J. RICHARDSON, ESQ.**<br>Nevada Bar No. 14752<br>11441 Allerton Park Drive, Ste. 100<br>Las Vegas, Nevada 89135<br>Attorney for Plaintiff | **RANALLI ZANIEL FOWLER & MORAN, LLC**<br><br>*/s/ Vicki Driscoll*<br><br>_____<br>**GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No. 5748<br>**JASON ANDREW FOWLER, ESQ.**<br>Nevada Bar No. 8071<br>**VICKI DRISCOLL, ESQ.**<br>Nevada Bar No. 3939<br>**JAMES F. HOLTZ, ESQ.**<br>Nevada Bar No. 8119<br>Attorneys for Defendant, WALGREEN CO. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

**ORDER**

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED that:**

1. This Court lacks jurisdiction of this matter as Plaintiff concedes that the matter in controversy does not exceed the sum of $75,000, exclusive of interest and costs, pursuant to 28 U.S.C. § 1332; and

2. Plaintiff's claims in this action are remanded to the Clark County District Court of Nevada, Case No.: A-20-822987-C.

DATED this 17th day of December, 2020.

_____
**U.S. DISTRICT COURT JUDGE**

Respectfully submitted by:
**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ Vicki Driscoll*
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
Attorneys for Defendant,
WALGREEN CO.